

Entered on Docket
April 06, 2009

Hon. Michael S. McManus
United States Bankruptcy Judge

MICHAEL LEHNERS, ESQ.
429 MARSH AVENUE
RENO, NEVADA 89509
Bar No.003331
(775) 786-1695
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

oOo

IN RE:

RONALD J. SMITH,

    Debtor.
_____/

CASE NO.: 07-51659
(Chapter 13)

HRG DATE: 3/20/09
AND TIME: 1:30 P.M.

### ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM

THIS MATTER having come before this court on Objection to Proof of Claim filed by the Debtor to the claim of Wells Fargo Bank, N.A. Michael Lehners, Esq., appearing on behalf of the Debtor, William Van Meter appearing in his capacity as Chapter Thirteen Trustee. No opposition having been filed, and good cause appearing therefore,

///

IT IS HEREBY ORDERED that the Objection is sustained and the Proof of Claim filed by Wells Fargo Bank is allowed in the amount of $2,215.00 only

SUBMITTED BY:

_____
Michael Lehners, Esq.
Attorney for Debtor


Approved/Disapproved
this ___ day of _____, 2009

_See attached_
William Van Meter,
Chapter 13 Trustee

# # #

IT IS HEREBY ORDERED that the Objection is sustained and the Proof of Claim filed by Wells Fargo Bank is allowed in the amount of $2,215.00 only

SUBMITTED BY:

_____
Michael Lehners, Esq.
Attorney for Debtor


Approved/Disapproved
this ___ day of _____, 2009

_____
William Van Meter,
Chapter 13 Trustee

# # #