MICHAEL LEHNERS, ESQ.　　　DOCUMENT ECF FILED ON: 11/30/09
429 MARSH AVENUE
RENO, NEVADA 89509
Bar No.003331
(775) 786-1695
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

oOo

IN RE:

RONALD J. SMITH,

　　　Debtor.
_____/

CASE NO.: 07-51659
(Chapter 13)

HRG. DATE: 12/18/09
AND TIME: 1:30 P.M.

## OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW Debtor, Ronald J. Smith, by and through his attorney, Michael Lehners, Esq., and files with the court his opposition to the Motion for Relief From Automatic Stay filed by Wells Fargo Bank as to his real property located at 550 New Hope Court, Gardnerville, Nevada 89410. This Opposition is made and based on the pleadings on file herein and upon the following Memorandum of Points and Authorities.

## MEMORANDUM OF POINTS AND AUTHORITIES

Since the filing of the pending bankruptcy, the Debtor has lost his job and he is waiting for unemployment benefits. In addition, the Debtor has a new job in the works, which he hopes to start shortly. The Debtor is aware that he is behind on this mortgage, however, the motion claims that he is three

months behind. Debtor believes that, at this time, he is only two months down, as he sent in a payment just prior to getting notice of the filing of the motion. The Debtor is trying to come up with money to bring the loan current prior to the hearing. If the Debtor cannot come up with the money to bring the loan current by the hearing, then he requests that he be allowed to cure the arrears owing in a reasonable time.

Further, Secured Creditor is adequately secured as the property is worth per the schedules, $363,000.00 and the loan against the residence, pursuant to the motion is $121,382.85. This leaves an equity cushion of over $241,000.00. With this equity cushion, the Debtor should be allowed to cure any arrearage through adequate protection payments.

Accordingly, based upon same, Debtor herein requests that Secured Creditor's Motion be denied or in the alternative that adequate protection payments be ordered to allow the Debtor reasonable time to cure the arrearage owing.

DATED this ___ day of November, 2009.

_____
MICHAEL LEHNERS, ESQ.
429 Marsh Avenue
Reno, Nevada 89509
Attorney for Debtor

## CERTIFICATE OF SERVICE BY MAIL

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that on the 30 day of November, 2009, I deposited for mailing in the United States Post Office in Reno, Nevada, with postage thereon fully prepaid, a true copy of the within **_OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY_**, addressed as follows:

Ronald J. Smith
P. O. Box 2864
Gardnerville, NV 89410

William Van Meter
P. O. Box 6630
Reno, NV 89513

Greg Wilde, Esq.
Wilde & Associates
208 So. Jones Blvd.
Las Vegas, NV 89107

_/s/ Dolores Stigall_
Dolores Stigall